IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

2016 SEP -7 PM 3: 09

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | DEPUTY_____ |
| v. | § § § | CASE NO. 6:16-CR-0012-C-BL-2 |
| NANCY ANN FLORES | § § § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

NANCY ANN FLORES by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the Superseding Information. After cautioning and examining **NANCY ANN FLORES** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **NANCY ANN FLORES** be adjudged guilty and have sentence imposed accordingly.

Date: September 7, 2016.

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).